Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

RECEIVED
OCT 26 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Latisha Davis

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Tyson Foods, Inc
Tyson Fresh Meats

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Latisha Davis |
| Street Address | 2807 E 35th Street |
| City and County | Davenport, Scott |
| State and Zip Code | Iowa, 52807 |
| Telephone Number | 563-940-0053 |
| E-mail Address | platinum3150@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Defendant No. 1
- Name: Tyson Foods Inc
- Job or Title (if known):
- Street Address: 2200 West Don Tyson Parkway
- City and County: Springdale, Washington
- State and Zip Code: Arkansas, 72762
- Telephone Number: 479-290-4000
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

### C. Place of Employment

The address at which I am employed or was employed by the defendant(s) is

| | |
|---|---|
| Name | Tyson Fresh Meats |
| Street Address | 28424 38th Avenue North |
| City and County | Hillsdale, Rock Island |
| State and Zip Code | Illinois, 61257 |
| Telephone Number | 309-658-2291 |

## II. Basis for Jurisdiction

This action is brought pursuant to *(check all that apply)*:

- [✔] Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.
- [ ] Relevant state law
- [ ] Relevant city or county law

## III. Statement of Claim

State as briefly as possible the facts of your case. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Nature of employer's business:
Tyson Foods, Inc. is an American multinational corporation based in Springdale, Arkansas that operates in the food industry. The company is the world's second-largest processor and marketer of chicken, beef, and pork after JBS S.A. It annually exports the largest percentage of beef out of the United States.

B. Dates of employment:
06/18/2012 to 12/08/2021

C. Employee's job title and a description of the kind of work done:
Registered nurse- conduct medical history and physical assessments; adhere to the highest standard of confidentiality; and assist with team member education related to communicable diseases.
Medical case Manager-collaborate and act as a liaison between injured team members plant management medical providers and corporate workers compensation to ensure that all necessary information and questions are timely addressed, ensure injured or ill team members are timely returned

D. Rate, method, and frequency of wage payment:

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

$86000 plus incentives.

E. Number of hours actually worked each week in which a violation is claimed:
40+

F. Description of the alleged violation(s) *(check all that apply)*:

☐ Failure to pay the minimum wage *(explain)*

☐ Failure to pay required overtime *(explain)*

☑ Other violation(s) *(explain)*
Tyson limited ability to receive accurate performance reviews so as not to pay for performance based incentives.

G. Date(s) of the alleged violation(s):

H. Additional facts:

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   10/26/2023

Signature of Plaintiff

Printed Name of Plaintiff   Latisha Davis

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

| | |
|---|---|
| Name of Law Firm | |
| Street Address | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |